**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---

KNOLL, INC.,

           Plaintiff

  v.

MODERNO, INC. AND URBAN MOD, INC. d/b/a
REGENCY SHOP, AND MIKE SAXENA,

           Defendants.

No. 11 CV 0488 (AKH)
ECF Case

---

MODERNO, INC.,

           Plaintiff,

  v.

KNOLL, INC.,

           Defendant.

No. 13 CV 3017 (AKH)
ECF Case

---

*[Handwritten notes from the Court:]*

1. Knoll's opp'n papers are due March 28, 2014.
2. I will hear argument on April 3, 2014 at 2:30 p.m.
3. It is an elucidating time because it's important to clarify the issue of counsel's potential disqualification before the trial date, which is to begin April 28, 2014.

/s/ AKH  3-21-14

---

### NOTICE OF MODERNO et al's MOTION TO DISQUALIFY AND MOTION FOR A MANDATORY INJUNCTION

PLEASE TAKE NOTICE that Moderno, Inc. and Urban Mod, Inc. d/b/a Regency Shop, and Mike Saxena (collectively "Moderno"), by their undersigned attorneys will move this Honorable Court, on grounds of Attorney-Witness Rule, to disqualify Marc Misthal, George Gottlieb and the law firm of Gottlieb, Rackman & Reisman, P.C and from representing Knoll in the above captioned actions and Motion for a Mandatory Injunction enjoining Marc Misthal, George Gottlieb and the law firm of Gottlieb, Rackman & Reismanm,P.C. from representing Knoll in the above captioned actions pursuant to the Memorandum of Law in Support of said motion on a date and at a time to be set by the Court, or as soon thereafter as counsel can be heard, in the Courtroom of the Honorable Alvin Hellerstein.